Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL BOLANOS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, DOES 1-10,<br><br>Defendants. | Case No.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL**<br><br>Complaint Filed: December 14, 2013 |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union"), hereby removes the subject action from the Santa Clara Superior Court – Santa Clara County, California to the United States District Court for the Northern District of California, San Jose Division, on the following grounds:

1. Plaintiff Miguel Bolanos served Trans Union on or about December 16, 2013, with a Summons and Complaint filed in the Santa Clara Superior Court-Santa Clara County, California. Copies of the Summons, Complaint, redacted pursuant to Federal Rule of Civil Procedure 5.2, and state Court Administrative Documents are attached hereto as **Exhibit A, Exhibit B and Exhibit C, respectively**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 50-58.

1       3.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA, which supplies this federal question.

      4.     Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Santa Clara Superior Court-Santa Clara County, California to the United States District Court for the Northern District of California, San Jose Division.

      5.     No other parties are specifically mentioned in the Complaint.

      6.     Notice of this removal promptly will be filed with the Santa Clara Superior Court-Santa Clara County, California and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Santa Clara Superior Court-Santa Clara County, California to the United States District Court for the Northern District of California, San Jose Division.

Respectfully submitted,

Date: January 15, 2014

s/ *Monica Katz-Lapides*
Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: mkl@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

1 <u>**PROOF OF SERVICE**</u>

2  I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and
3  processing of correspondence for mailing with the U.S. Postal Service. My business address is 1321 Eighth Street, Suite 4, Berkeley, California 94710. On the date indicated below, I served
4  the following document(s):

5  **TRANS UNION, LLC'S NOTICE OF REMOVAL**

6  upon the following at the address(es) stated below:

7  Ben Dupre, Esq.
   2005 De La Cruz Boulevard, Suite 203
8  Santa Clara, CA  95050

9

10  X **BY MAIL** by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.
11
    _ **BY PERSONAL SERVICE** in accordance with ordinary business practices during ordinary
12  business hours.

13  _ **BY FAX** at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (510) 525-5130, Berkeley, California. The record of the
14  transmission was properly issued by the transmitting fax machine.

15  _ **BY UPS** overnight delivery.

16  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 15, 2014, at
17  Berkeley, California.

18

19  _____
    Melanie DeGiovanni

20

21

22

23

24

25

26

27

28

Trans Union, Inc.'s Notice of Removal