*E-Filed: May 6, 2014*

Justin T. Walton, Esq.  (IN #29540-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL BOLANOS,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC, DOES 1-10,<br>　　　　　Defendants. | CASE NO. 5:14-cv-00225-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

　　　　Plaintiff Miguel Bolanos ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  April 3, 2014            /s/ Ben E. Dupre (with consent)
Ben E. Dupre, Esq.
2005 De La Cruz Boulevard, Suite 203
Santa Clara, CA  95050
Telephone:  408-727-5377
Fax:   408-727-5310

*Counsel for Miguel Bolanos*


Date:  April 24, 2014            /s/ Justin T. Walton
Justin T. Walton, Esq.  (IN #29540-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:   jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*


*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC– 5:14-CV-00225-HRL**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Miguel Bolanos and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 2, 2014

MAGISTRATE JUDGE, United States District Court, Northern District of California
HOWARD R. LLOYD

DISTRIBUTION TO:

| Ben E. Dupre, Esq.<br>duprelaw@gmail.com | Monica Katz-Lapides, Esq.<br>mkl@tateandassociates-law.com |
|---|---|
| Justin T. Walton, Esq.<br>jwalton@schuckitlaw.com | |